UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00269-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DAVID JIMENEZ MENCHACA** | ) | |
| **GARCIA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Seized

Property. Having considered defendant's motion and reviewed the pleadings, the court enters

the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Seized

Property (#30) is GRANTED in part and DENIED in part, and the government is instructed to

return to defendant or his designee his cell phone and other items having no evidentiary value

and that are not contraband. No items that are the subject of any Order of forfeiture shall be

returned. Defendant shall, within 30 days, designate any third-party willing to pick up and take

custody of his property in a signed writing delivered to the United States Attorney.

Signed: August 16, 2016

Max O. Cogburn Jr.
United States District Judge