UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00269-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DAVID JIMENEZ MENCHACA GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's second Motion for Return of Seized Property. This petition is slightly different than the former as he now asks for the return of $8500.00 in cash. Having considered defendant's second motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government respond to defendant's second Motion for Return of Seized Property (#35) within 14 days.

Signed: September 29, 2016

Max O. Cogburn Jr
United States District Judge