UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00269-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DAVID JIMENEZ MENCHACA GARCIA,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Seized Property. Having considered defendant's motion and reviewed the pleadings, including the government's response (#37), it appears that the government has returned to defense counsel one I-Phone and is in the process of returning a second I-Phone, that no Galaxy smart phone can be located, and that the $8,500.00 in currency defendant seeks is actually $8,000.00 in currency that was forfeited administratively in 2014 pursuant to 19 U.S.C. § 1609. Further, it appears that this is not the appropriate forum in which to challenge the 2014 administrative forfeiture and that no further relief is available from this court in this action.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Seized Property (#37) is DENIED as it appears that the only property remaining in the custody of the prosecution is a second I-Phone which is being returned.

Signed: October 13, 2016



Max O. Cogburn Jr
United States District Judge